No. 992. WEBER *v.* HENDERSON ET AL., EXECUTRICES, ET AL. May 29, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Memphis* v. *United States,* 97 U. S. 293, 295, 297; *McFaddin* v. *Evans-Snider-Buel Co.,* 185 U. S. 505, 510–13; *Graham & Foster* v. *Goodcell,* 282 U. S. 409, 429–30; *Paramino Lumber Co.* v. *Marshall,* 309 U. S. 370, 377–79. (2) *Richmond Mortgage Corp.* v. *Wachovia Bank Co.,* 300 U. S. 124, 130–31; *Gelfert* v. *National City Bank,* 313 U. S. 221, 235. *Messrs. Meyer M. Semel* and *Geo. H. Rosenstein* for appellant. *Mr. Michael J. Bruder* for appellees.

No. 982. KARLOFTIS ET AL. *v.* HELTON ET AL. May 29, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Messrs. S. H. Brown* and *Cleon K. Calvert* for appellants. *Mr. Geo. E. H. Goodner* for appellees.